### KENT ag$^t$ CURVEATH

William Kent plaint. ag$^t$ Ezekiel Curveath Defend$^t$ in an action of debt of twelve pounds in mony due by bill w$^{th}$ interest & other due damages according to Attachm$^t$ Dat. March. 23. 16$\frac{74}{75}$. . . . The Jury founde for the plaint. twelve pounds in mony damage & costs of Court twenty three Shillings & two pence.

Execucion issued pr$^o$ June 1675.

### NELSON &$^a$ ag$^t$ ANDREWS

Phillip Nelson & Jeremiah Jewitt Exec$^{rs}$ to the last will of Joseph Jewitt of Rowley dec$^d$ plaint. ag$^t$ Jn$^o$ Andrews of Boston Cooper Defend$^t$ according to Attachm$^t$ Dat. aprill 19$^o$ 1675. The plaint$^s$ withdrew theire Accion.

### MANNING ag$^t$ HALL

Anne Manning widdow plaint. ag$^t$ Ralph Hall Defend$^t$ in an action of debt for nonpaiment of Eleven thousand foote of Merchantable pine boards due by bill & due interest & other due damages according to Attachm$^t$ Dat. March 22th 16$\frac{74}{75}$. . . . The Jury . . . founde for the plaint. Eleven thousand eight hundred & eighty foote of merchantable square edg'd boards to bee dd$^r$ in two months at some convenient landing place in Exetor River or thirteen pounds in mony & costs of Court. £:01:07:0

Execucion issued 7$^o$ Aug$^o$ 75. [307]